AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF _Massachusetts_

MARIE LoCONTE,
    Plaintiff

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE
CONSTABLES, CONSTANCE SORENSON, JANE
ROE and JOHN DOES 1 and 2,
    Defendants

TO: (Name and address of defendant)

CONSTANCE SORENSON
  At her office:
6 Courthouse Lane
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | July 29th 2005 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| ANTHONY J SAIA | Constable,  & Disinterested Person  Over 18th years old |

*Check one box below to indicate appropriate method of service*

6 Courthouse Lane Enterance E 2nd floor
[X] Served personally upon the defendant. Place where served: CONSTANCE SORENSON
at her Office in Hand 6 C ourthouse Lane Mhelmsford Mass 01824

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other *(specify):* _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 | 20.00 | 20.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___July 29th 2005___ Time 11:45 a.m _____
        *Date*                     *Signature of Server*

        27 ALcine Lane
        *Address of Server*

        Burlington Mass 01803

(1)  As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.