AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __Massachusetts__

MARIE LoCONTE,
    Plaintiff

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE CONSTABLES, CONSTANCE SORENSON, JANE ROE and JOHN DOES 1 and 2,
    Defendants

05 11540 WGY

TO: (Name and address of defendant)

BAYSTATE CONSTABLES, INC. d/b/a Baystate Constables
6 Courthouse Lane
Chelmsford, MA 01824

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Yvonne W. Rosmarin
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02474

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

JUL 2 0 2005

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE July 29th 2005 |
| NAME OF SERVER (PRINT) ANTHONY J. SAIA | TITLE & Disinterested person Constable over 18th years old |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served 6 Courthouse Lane Enterance E send floor BAY STATE CONSTABLES INC d/b/a Bay State Constables, & left in hand to constance Sorenson person in charge to Bay State Constables Inc. in HAND/6 Courthouse Lane Chelmsford

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 12 | 20.00 | 20.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 29th 2005__    Time __11:45 a.m__    _(signature)_
         Date                                Signature of Server

27 Alcine Lane
Address of Server
Burlington Mass 01803

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.