IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE LoCONTE ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No.  05-11540  WGY |
| ) | |
| BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE ) | |
| CONSTABLES, CONSTANCE SORENSON a/k/a ) | |
| CONSTANCE CURRAN, JANE ROE  and  JOHN ) | |
| DOES 1-3, ) | |
|     Defendants. ) | |

**MOTION TO EXTEND TIME FOR
SUBMISSION OF MATERIALS FOR ASSESSMENT OF DAMAGES**

    The Plaintiff, Marie LoConte, respectfully requests that this Court grant her additional time in which to submit materials necessary for the assessment of damages.  In support of this motion, Plaintiff states as follows:

    1.    On September 28, 2005, this Court denied Plaintiff's motion for a default judgment against Defendants without prejudice to refiling and ordered Plaintiff to submit materials necessary for the assessment of damages within ten days and to serve them on Defendants.

    2.    This case is the subject of ongoing settlement negotiations in a related case, LoConte v. Commonwealth Receivables, Inc., *et al*., number 05-11571 GAO ("Commonwealth Receivables lawsuit").  One of the settlement terms tentatively agreed upon in that case would require the instant case to be dismissed with prejudice after finalization of the settlement.

    3.    Final agreement of all parties in the Commonwealth Receivables lawsuit to the terms of the tentative settlement agreement has not yet been obtained.

2

4.    If Plaintiff dismisses the instant case pursuant to settlement of the Commonwealth Receivables lawsuit, as she anticipates, submitting materials necessary for the assessment of damages in the instant case will be unnecessary.

5.    Granting Plaintiff until November 7, 2005 to submit materials necessary for the assessment of damages should allow sufficient time to complete the settlement of the Commonwealth Receivables lawsuit.

WHEREFORE, Plaintiff prays that this Court grant her until November 7, 2005 to submit materials necessary for the assessment of damages.

Respectfully submitted,

s/Yvonne W. Rosmarin
Yvonne W. Rosmarin BBO #566428
Law Office of Yvonne W. Rosmarin
58 Medford Street
Arlington, MA 02174
781-648-4040