IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE LoCONTE )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BAYSTATE CONSTABLES, INC. d/b/a BAYSTATE )<br>CONSTABLES, CONSTANCE SORENSON, JANE ROE )<br>and JOHN DOES 1-3, )<br>    Defendants. ) | No.  05-11540  WGY |

**NOTICE OF DISMISSAL WITH PREJUDICE**

    The plaintiff, Marie LoConte, by her attorney, does hereby voluntarily dismiss the above action with prejudice and without costs to either party.

Dated:  November 1, 2005                            Respectfully submitted,

                                                              s/Yvonne W. Rosmarin
                                                               Yvonne W. Rosmarin  BBO #566428
                                                              Attorney for the Plaintiff
                                                               Law Office of Yvonne W. Rosmarin
                                                               58 Medford Street
                                                               Arlington, MA 02474
                                                               781-648-4040